STEVEN J. LEHMAN
CHRISTOPHER C. STONEBACK
**CROWLEY FLECK, PLLP**
500 Transwestern Plaza II
490 North 31st Street
P. O. Box 2529
Billings, MT  59103-2529
Telephone:  (406) 252-3441
Facsimile:  (406) 252-5292
slehman@crowleyfleck.com
cstoneback@crowleyfleck.com

Attorneys for Defendant Rocky Mountain College

IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | | |
|---|---|---|
| CHERYLE PETTIGREW, | ) | Cause No.: CV-07-151-BLG-RFC |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF CHANGE OF LAW FIRM NAME** |
| ROCKY MOUNTAIN COLLEGE, | ) | |
| Defendant. | ) | |

Counsel for Defendant Rocky Mountain College hereby notifies this Court and other counsel that the firm of Crowley, Haughey, Hanson, Toole, & Dietrich P.L.L.P. has changed its business name to Crowley Fleck, PLLP effective as of January 13, 2009.  The address, telephone, and fax numbers remain the same.  Counsels' e-mails have changed to slehman@crowleyfleck.com and cstoneback@crowleyfleck.com.

Dated this 13th day of January, 2009.

                    **CROWLEY FLECK, PLLP**

                    /s/ Christopher C. Stoneback
                  STEVEN J. LEHMAN
                  CHRISTOPHER C. STONEBACK
                  P. O. Box 2529
                  Billings, MT  59103-2529
                  Attorneys for Defendant Rocky Mountain College