Elizabeth A. O'Halloran, Esq.
MILODRAGOVICH, DALE,
STEINBRENNER & NYGREN, P.C.
Attorneys at Law
620 High Park Way
P.O. Box 4947
Missoula, Montana 59806-4947
Telephone: (406) 728-1455
Telefax: (406) 549-7077
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| CHERYLE PETTIGREW, | Cause No. CV-07-151-BLG-RFC |
| Plaintiff, | **NOTICE OF APPEAL** |
| -vs- | |
| ROCKY MOUNTAIN COLLEGE, | |
| Defendant. | |

Notice is hereby given that Cheryle Pettigrew, Plaintiff in the above named action, hereby appeals to the United State Court of Appeals, for the Ninth Circuit, from this Court's Order granting Defendant's Motion for Summary Judgment in this action on February 17, 2009 by Judge Richard F. Cebull.

DATED this 19th day of March, 2009.

By: /s/Elizabeth A. O'Halloran
Elizabeth A. O'Halloran
MILODRAGOVICH, DALE,
STEINBRENNER & NYGREN, P.C.
Attorneys for Plaintiff

11555/2(lkh)
I:\WORLDOX\DOCS\CLIENTFL\11555\002\ntc\00148956.WPD

**NOTICE OF APPEAL** - Page 1