**FILED**

FILED
AUG 07 2009
MOLLY H. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FILINGS DIV.
2009 AUG 11 AM
PATRICK E. DUFFY, CLERK
BY
DEPUTY CLERK

| | |
|---|---|
| CHERYLE PETTIGREW,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>ROCKY MOUNTAIN COLLEGE,<br><br>    Defendant - Appellee. | No. 09-35224<br><br>D.C. No. 1:07-cv-00151-RFC<br>District of Montana,<br>Billings<br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Ann Julius
Circuit Mediator